CR 4:24-070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2024 JUL 10 ⊃ 4: 31

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. *MBP* |
| | ) | |
| v. | ) | 18 U.S.C. § 1704 |
| | ) | Possession of a Stolen Mail Key |
| ███████████████████████ | ) | |
| and | ) | 18 U.S.C. § 1708 |
| JOSEPH THOMAS MORRIS | ) | Receipt of Stolen Mail Matter |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of Stolen Mail Key*
18 U.S.C. § 1704

On or about the April 2, 2024, in Chatham County, in the Southern District of

Georgia, the Defendants,

███████████████████████
and
JOSEPH THOMAS MORRIS,

aided and abetted by each other, did knowingly and unlawfully possess a key suited

to any lock adopted by the Postal Service, and in use on any of the mails thereof, with

the intent to unlawfully and improperly use the same.

All in violation of Title 18, United States Code, Section 1704 and Title 18,

United States Code, Section 2.

<u>**COUNT TWO**</u>
*Possession of Stolen Mail Matter*
18 U.S.C. § 1708

On or about the April 2, 2024, in Chatham County, in the Southern District of Georgia, the Defendants,

███████████████████

**and**
**JOSEPH THOMAS MORRIS,**

aided and abetted by each other, did knowingly and unlawfully possess mail matter which had been stolen from an authorized depository for mail matter located at 118 Barnard Street, Savannah, Georgia, to wit: mail addressed from Fidelity Memorial Group, located at 2794 US-80 W, Garden City, Georgia 31408.

All in violation of Title 18, United States Code, Section 1708 and Title 18, United States Code, Section 2.

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Ryan Bondura
Assistant United States Attorney
* Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division