UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:24-cr-70 |
| | * | |
| JOSEPH THOMAS MORRIS, | * | |
| | * | |
| Defendant | * | |

**DEFENDANT'S MOTION TO PARTICIPATE IN
AND CONDUCT VOIR DIRE EXAMINATION**

COMES NOW the above-referenced Defendant, and files this Motion requesting that his counsel be permitted to conduct Voir Dire examination of potential jurors. This Court has authority to permit attorneys to do so pursuant to Federal Rule of Criminal Procedures 24(a)(1). Defendant respectfully asks that this Court exercise its discretion and allow Defendant's counsel to do so.

RESPECTFULLY SUBMITTED this the 7th day of August, 2024.

s/ Steven Blackerby
Steven Blackerby
Georgia Bar No.: 141250
sblackerby@brbcsw.com
Attorney for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
P.O. Box 220
Brunswick, GA 31521
(912) 264-8544