UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:24-cr-70 |
| | * | |
| JOSEPH THOMAS MORRIS, | * | |
| | * | |
| Defendant | * | |

**DEFENDANT'S MOTION FOR PRESERVATION
AND PRODUCTION OF INVESTIGATIVE AGENT NOTES**

COMES NOW the above-referenced Defendant, by and through his undersigned attorney, and moves this Court for an order requiring the Government to preserve and produce any notes made by investigative agents related to the above cause. In support of this motion, Defendant submits the following:

1. To the extent that such notes are writings, records, or data entries recording, summarizing, or making any written, audio, or reproducible record, whatsoever, of statements of this Defendant, they are discoverable under Federal Rule of Criminal Procedure 16, and must be preserved and produced.

2. To the extent that such notes contain any notations, entries, summaries, or indications, whatsoever, inconsistent with the reports or more formal statements of any witness or agent observation, they are discoverable under Brady v. Maryland and must be preserved and produced.

3. To the extent that such notes reflect, in any way, a statement by an alleged co-conspirator or joint venturer, and such person is the source of any alleged statement by a co-conspirator during the course of and in furtherance of any alleged conspiracy, such writings are made by law the adoption or virtual statements of this Defendant and are to be preserved and produced for that reason under Federal Rule of Criminal Procedure 16.

RESPECTFULLY SUBMITTED this the 7th day of August, 2024.

s/ Steven Blackerby
Steven Blackerby
Georgia Bar No.: 141250
sblackerby@brbcsw.com
Attorney for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
P.O. Box 220
Brunswick, GA 31521
(912) 264-8544