# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO: 4:24-CR-070-01 |
| | ) | |
| BRYANT LAMONT PETERSON | ) | |

## <u>MOTION TO UNSEAL INDICTMENT</u>

COMES NOW, the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia and the undersigned Assistant United States Attorney, and respectfully moves the Court to unseal the Indictment and all its filings in the above-referenced matter.

In support of this motion, the Government asserts that in order to aid in effectuating an arret of the Defendant, law enforcement requires entering the Defendant's outstanding arrest warrant into the National Crime Information Center (NCIC). By doing this, other law enforcement agencies will become aware of, and have access to, the Defendant's outstanding federal indictment. With this information, other local, state, and federal law enforcement agencies can assist in effectuating an arrest of the Defendant for this Indictment.

WHEREFORE, the Government moves that the above-styled indictment, and all process issued thereunder, be unsealed.

This 12th day of August, 2024.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Ryan Bondura*
Ryan Bondura
Assistant United States Attorney
South Carolina Bar No. 104079

P.O. Box 8970
Savannah GA 31412
Telephone: (912) 201-2537