# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

CHANGE OF PLEA IN  USA v. Bryan Lamont Peterson

CRIMINAL NO. CR424-70  AT  Savannah, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT  Bryan Lamont Peterson , HAVING PREVIOUSLY ENTERED A PLEA OF  Not Guilty , HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF  Guilty  TO  Count 2 (two)  IN THE INDICTMENT.

THIS  30th  DAY OF  October , 2024.

NOLLE PROSSE AS TO COUNT(S) _____

_____
Bryan Lamont Peterson  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Juanita Holsey